UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**ROSCOE CHAMBERS**                                                             **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 5:16CV-P142-GNS**

**LT. LONG** *et al.*                                            **DEFENDANTS**

### MEMORANDUM OPINION

Plaintiff Roscoe Chambers, a federal inmate incarcerated in U.S.P. Victorville in California, filed a *pro se* letter "requesting to file a Criminal Complaint against several staff at U.S.P. McCreary. For Assault, threat, tampering with and Destroying my mail, Interfearing with my Legal obligation." He reports that officers threatened him on a couple of occasions; that "C/O Coffman took me out my cell and Hit me with a metal Bar in my right Leg"; and that "C/O Carson snatched my right Leg from under me."

By Memorandum and Order entered January 25, 2017 (DN 4), the Court dismissed Plaintiff's criminal complaint but provided him 30 days within which to file a civil complaint on a Court-supplied form. The Court warned Plaintiff that his failure to file a civil complaint within the time allowed would result in dismissal of the action for the reasons stated in the Memorandum and Order.

The 30-day period has expired, and the record reflects that Plaintiff has not filed a civil complaint. Therefore, the action will be dismissed by separate Order.

Date: March 21, 2017

                                                   **Greg N. Stivers, Judge**
                                                 **United States District Court**

cc:      Plaintiff, *pro se*
4416.005